01

02

03

04

05
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

06

07 ABBAS H. AL-IMGHASHGHASH,　　　)　CASE NO. C06-0058-JCC
　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　)

08　　　　　　　　　　　　　　　)
　v.　　　　　　　　　　　　　　)

09　　　　　　　　　　　　　　　)　ORDER OF REMAND
JO ANNE B. BARNHART, Commissioner　)

10 of Social Security,　　　　　　)
　　　　　　　　　　　　　　　)

11　　　Defendant.　　　　　　　　)
_____  )

12

13　　　　The Court has reviewed the entire record, including the Administrative Record, the

memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge

14 Mary Alice Theiler.  It is therefore ORDERED:

15

16　　　(1)　　The Court adopts the Report and Recommendation;

17　　　(2)　　The Court remands this matter for further administrative proceedings; and

18　　　(3)　　The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 14th day of November, 2006.

19

20

21
　　　　　　　　　　　　　　　John C. Coughenour
　　　　　　　　　　　　　　　United States District Judge

22

ORDER OF REMAND
PAGE -1